IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JASON RAY SMOTHERS**                                                                                       **PLAINTIFF**

V.                                       **CASE NO. 3:21-CV-3013**

**CORPORAL GENE ATWELL;**
**SERGEANT WADE WILLIS;**
**JAILER TREVOR ATWELL; and**
**JAIL ADMINISTRATOR JASON DAY**                                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 50) filed in this case on June 14, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 35) is **GRANTED in PART AND DENIED IN PART**.

Specifically, the Motion is **GRANTED** as to:

1. the failure to protect claim;

2. the failure to respond to, or provide copies of, the grievances claim;

3. the claim under the Prison Rape Elimination Act;

4. the verbal harassment claim;

5. the official capacity claims; and

6. all claims against Corporal Gene Atwell, Jailer Trevor Atwell, and Jail Administrator Jason Day.

The Motion is **DENIED** as to:

1. the individual capacity excessive force claim against Sergeant Willis and

2. the individual capacity Due Process claim against Sergeant Willis.

The Court will issue a scheduling order setting the remaining two claims for trial.

**IT IS SO ORDERED** on this 6th day of July, 2022.

>  */s/ Timothy L. Brooks*
>  TIMOTHY L. BROOKS
>  UNITED STATES DISTRICT JUDGE